AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
                      Sheet 1

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| STORM MICHAEL BLANTON | ) | |
| | ) | Case No.  4:23-CR-00144-BSM-1 |
| | ) | USM No.  54227-177 |
| | ) | Latrece Gray |
| | ) | Defendant's Attorney |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 17 2024
TAMMY H. DOWNS, CLERK
By: _____
                        DEP CLERK

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   __part of 1, 2-5__   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
| --- | --- | --- |
| 1 - Standard (1) | The defendat shall not commit another federal, state, or local crime. | 05/20/2024 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  __6__  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
| --- | --- |
| Last Four Digits of Defendant's Soc. Sec. No.:  7829 | 10/03/2024 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:   1974 | *Brian S. Miller* |
| | Signature of Judge |
| City and State of Defendant's Residence: | |
| Almyra, Arkansas | Brian S. Miller, U.S. District Judge |
| | Name and Title of Judge |
| | 10/17/2024 |
| | Date |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 1A

Judgment—Page  2  of  4

DEFENDANT: STORM MICHAEL BLANTON
CASE NUMBER: 4:23-CR-00144-BSM-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 - Standard (5) | The defendant shall refrain from unlawful use of a controlled substance, submitting to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer pursuant to the mandatory drug testing provision of the 1994 crime bill. | 05/08/2024 |
| 3 - Standard (4) | The defendant shall participate in mental health treatment services as directed by the probation officer until successfully discharged, which services may include prescribed medications by a licensed physician, with the defendant contributing to the costs of servcies rendered at a rate of at least $20 per month. | 05/21/2024 |
| 4 - Standard (10) | The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcoctic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. | 05/08/2024 |
| 5 - Additional (1) | You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the toal cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived. | 05/21/2024 |
| 6 - Additional (2) | You must not communicate, or otherwise interact, with Robin Jones or Lindsay Stadler (alleged victims in Stuttgart Police Incident Report # 23-00341 (either directly or through someone else) without first obtaining the permission of the probation officer. If any contact occurs, you must immediately leave the area and report the contact to the probation office. | 05/20/2024 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 4

DEFENDANT: STORM MICHAEL BLANTON
CASE NUMBER: 4:23-CR-00144-BSM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
ONE (1) YEAR AND ONE (1) DAY

☑ The court makes the following recommendations to the Bureau of Prisons:

Imprisonment recommended at FCI Springfield.  If Springfield is not available, imprisonment recommended at FCI Fort Worth.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before noon on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 3 — Supervised Release

Judgment—Page  4  of  4

DEFENDANT: STORM MICHAEL BLANTON
CASE NUMBER: 4:23-CR-00144-BSM-1

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

**NONE**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.